# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY KUSH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1483 |
| v. | : | (MANNION, D.J.) |
| | | (ARBUCKLE, M.J.) |
| **BAYVIEW LOAN SERVICING,** *et al.*, | : | |
| | : | |
| Defendants | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the reports and recommendations of Judge Arbuckle, **(Docs. 54, 55 & 56)**, are **ADOPTED IN THEIR ENTIRETIES**;

**(2)** the plaintiff's objections to the reports, **(Doc. 61)**, are **OVERRULED**;

**(3)** WB Hospital's motion to dismiss, **(Doc. 19)**, the claims against it in plaintiff's amended complaint, **(Doc. 11)**, is **GRANTED**, and all of the claims against WB Hospital are **DISMISSED WITH PREJUDICE**;

**(4)** BLS's motion to dismiss, **(Doc. 23)**, the claims against it in plaintiff's amended complaint, **(Doc. 11)**, is **GRANTED**, and all of the claims against BLS are **DISMISSED WITH PREJUDICE**;

**(5)** the Diocese of Scranton's motion to dismiss, **(Doc. 42)**, the claims against it in plaintiff's amended complaint, **(Doc. 11)**, is **GRANTED**, and all of the claims against the Diocese of Scranton's are **DISMISSED WITH PREJUDICE**; and

**(6)** this case is **RECOMMITTED** to Judge Arbuckle for further proceedings against the remaining defendants.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 6, 2019**

18-1483-02-ORDER.wpd