# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY KUSH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1483 |
| v. | : | (JUDGE MANNION) |
| **BAYVIEW LOAN SERVICING,** *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Arbuckle, **(Doc. 67)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's amended complaint, **(Doc. 11)**, is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 4(m), as to defendants Luzerne County Sheriff and the Law Firm of McCabe Weisburg & Conway; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2019**

18-1483-03-ORDER.wpd