## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

AMY KUSH,                               :

     Plaintiff                         :     CIVIL ACTION NO. 3:18-1483

     v.                                :          (JUDGE MANNION)

BAYVIEW LOAN SERVICING,                 :
*et al.,*

                                     :

     Defendants

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**    the plaintiff's motion to open judgment, **(Doc. 70)**, is **DENIED**;

**(2)**    the plaintiff's "Renewed Motion for TRO and Preliminary Injunctive Relief", **(Doc. 70)**, is **DENIED AS MOOT**; and

**(3)**    this case will remain **CLOSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 13, 2019**

18-1483-04-ORDER.wpd